# EXHIBIT "C"

1  LEONARD S. BECKER, ESQ. (SBN: 113065)
   JACQUELYN A. RUIZ, ESQ. (SBN: 319716)
2  LAW OFFICES OF LEONARD S. BECKER
   A Professional Corporation
3  1728 B Street
   Hayward, CA  94541-3102
4  Telephone:  510-886-1996
   Facsimile:   510-538-8089

5  Attorney for Plaintiff,
   RAY MIZYED

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

UNLIMITED JURISDICTION

| | |
|---|---|
| RAY MIZYED, | Case No.: 21-CIV-03665 |
| Plaintiff(s), | **PLAINTIFF'S STATEMENT OF DAMAGES** |
| vs. | |
| DOLLAR TREE STORES, INC. dba DOLLAR TREE, and DOES 1 through 10 inclusive, | |
| Defendant(s). | |

Plaintiff **RAY MIZYED** sets forth his statement of damages pursuant to C.C.P. §425.11, as follows:

1. Hospital expenses and bills, if any: $5,548.44
   a) Kaiser Permanente: $5,548.44
2. Doctor, nurse, therapist, or other medical practitioner expenses and bills, if any, to include future projections: See above.
3. Wage or income loss, if any: None.
4. Diminution of earning capacity, if any: Unknown.
5. Property damage, if any: None.
6. Statutory damage, if any: None.
7. All other expenses, if any: In excess of $35,000.00
   a) Future medical expenses: In excess of $10,000.00

///

-1-

PLAINTIFF'S STATEMENT OF DAMAGES

8. General damages, including, but not limited to, pain and suffering, humiliation, permanent physical disability, physical incapacity, emotional and/or nervous pain and suffering.

In excess of    $25,000.00

Dated: August 19, 2021

THE LAW OFFICES OF LEONARD S. BECKER
A Professional Corporation

By: _____
JACQUELYN A. RUIZ, ESQ.
Attorney for Plaintiff, RAY MIZYED

-2-

PLAINTIFF'S STATEMENT OF DAMAGES

PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and employed in the City of Hayward, County of Alameda, State of California. I am not a party to the within entitled cause; my business address is 1728 B Street, Hayward, California 94541.

On the date shown below, I caused to be served the following document(s):

**PLAINTIFF'S STATEMENT OF DAMAGES**

on the parties in said action as follows:

    Charles D. May, Esq. (via Email Only)
    Andrea Breuer, Esq. (via Email Only)
    THARPE & HOWELL, LLC
    Email: cmay@tharpe-howell.com
    Email: abreuer@tharpe-howell.com

☐ (By Mail) placing a true copy of the above-referenced document(s), enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at Hayward, California, for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.

☐ (By Facsimile) by transmitting via facsimile the document listed above (WITHOUT EXHIBITS) to the fax number set forth herein, on this date before 5:00 p.m.

☐ (By Federal Express) by placing a true and correct copy thereof in a sealed envelope(s), and placed the same with the mail room personnel for pickup by Federal Express in accordance with the firm's ordinary practices.

☐ (Personal Service) I caused such envelope(s) to be delivered by hand to the office(s) and/or residence(s) of the addressee(s).

☒ ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es). This is necessitated during the declared National Emergency due to the Coronavirus (Covid-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency. I caused the above listed document to be emailed to the addresses listed above without identified Exhibits.

    I declare under the penalty of perjury, under the law of the State of California, that the foregoing is true and correct. Executed on August 19, 2021 at Hayward, California.

_____
Erika D. Martin

-3-

PLAINTIFF'S STATEMENT OF DAMAGES