CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
　　DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MIZYED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. dba DOLLAR TREE, DOES 1 To 10,<br><br>　　　　　　Defendants. | Case No.: 3:21-cv-06848-EMC<br>(*San Mateo Superior Court Case No.: 21-CIV-03665*)<br><br>**[~~PROPOSED~~] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Re-assigned to Hon. Edward M. Chen, District Judge]<br><br>Complaint Filed: July 8, 2021 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, RAY MIZYED is hereby dismissed in its entirety, with prejudice.

Dated: __June 7, 2022__　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE